# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  
Probation Officer: Elizabeth Oppenheimer  
Interpreter: Susanna Cahill  

Date: November 5, 2007

Criminal Action No. 06-cr-00318-MSK

*Parties*:

*Counsel*:

UNITED STATES OF AMERICA,

Gregory Rhodes

    Plaintiff,

v.

JOSE LUIS MEZA-GARCIA,

Marc Milavitz

    Defendant.

## SENTENCING MINUTES

**10:06 a. m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on August 27, 2007.  Defendant pled guilty to Count 5 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (Motion found at Doc. #195).  Defendant has no objection.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Argument by counsel for defendant.  The Government has no position on defendant's request.

Allocution. - Statements made by: The Government and the defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure **(Doc. #195)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:52 a.m.** **Court in recess.**

Total Time: 46 minutes.
Hearing concluded.